UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 1:10CR00084 SNLJ |
| | ) |
| LEO SLAUGHTER, | ) |
| | ) |
| Defendant. | ) |

### ORDER

**IT IS HEREBY ORDERED** that the report and recommendation of United States Magistrate Judge Lewis M. Blanton (#58), filed October 13, 2010 be and is **SUSTAINED, ADOPTED** and **INCORPORATED** herein.

**IT IS HEREBY ORDERED** that Defendant's Motion to Suppress Evidence and Statements (#21) be **DENIED**.

Dated this 28th day of October, 2010.

_____
STEPHEN N. LIMBAUGH, JR.
UNITED STATES DISTRICT JUDGE