UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 1:10CR00084 SNLJ |
| | ) |
| LEO SLAUGHTER, | ) |
| | ) |
| Defendant. | ) |

### ORDER

**IT IS HEREBY ORDERED** that the report and recommendation of United States Magistrate Judge Lewis M. Blanton (#80), filed on December 20, 2010 be and is **SUSTAINED, ADOPTED** and **INCORPORATED** herein.

**IT IS HEREBY ORDERED** that Defendant's Motion to Dismiss Indictment Because of Witness Perjury and Government Violation of Disclosure Rule 12 (#35); Motion to Dismiss Indictment Because of a Conspiracy Against Defendant Rights (#71); Motion to Dismiss Because of Government's Violation of Disclosure Rule 12 (#72); and Motion to Dismiss Indictment Because of Witness False Declarations July 13, 2010 (#76) be **DENIED**.

**IT IS FURTHER ORDERED** that the defendant's Motion to Determine the Probability of a Fair Trial (#55) be **DENIED**; that defendant's Motion to Have Three Prior Motions Responded to (#63) as pertaining to consideration by Judge Blanton be **DENIED** as moot.

Dated this 5th day of January, 2011.

_____
STEPHEN N. LIMBAUGH, JR.
UNITED STATES DISTRICT JUDGE